IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER EUSTICE<br>　*Plaintiff* | §<br>§<br>§ | |
| v. | § | Civil Action No.: 4:15-CV-3180 |
| | § | |
| TEXAS A & M UNIVERSITY and<br>MICHAEL K. YOUNG<br>　*Defendants* | §<br>§<br>§<br>§ | |

### DEFENDANTS' ADVISORY TO THE COURT REGARDING PLAINTIFF'S NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants Texas A & M University and Michael K. Young ("Defendants") and file this Advisory to the Court regarding Plaintiff's Non-Opposition to Defendants' Motion to Dismiss.

On December 1, 2015, Defendants filed a Motion to Dismiss. Docket No. 8. Pursuant to the District Court's Local Rules, Plaintiff had until December 22, 2015 to respond. Local Rules 7.3 and 7.4. To date, Plaintiff has failed to respond to the motion and also has not requested additional time to respond. Accordingly, Plaintiff has represented to the Court that he does not oppose Defendants' Motion to Dismiss and therefore the motion should be granted.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas
CHARLES E. ROY
First Assistant Attorney General
JAMES E. DAVIS
Deputy Attorney General for Civil Litigation
ANGELA V. COLMENERO
Chief, General Litigation Division

/s/ Jason T. Contreras
JASON T. CONTRERAS
Texas Bar No. 24032093
Southern District ID No. 706042
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served through the Court's EM/ECF system on December 28, 2015, as follows:

Donald G. Hensleee
Attorney at Law
Law Offices of Donald G. Henslee
700 Lavaca Street, Suite 1400
Austin, Texas 78701
dhenslee@school-law.co

/s/ Jason T. Contreras
Jason T. Contreras
Assistant Attorney General