IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTOPHER EUSTICE § | |
|    *Plaintiff* § | |
| § | |
| v. § | Civil Action No.: 4:15-CV-3180 |
| § | |
| TEXAS A&M UNIVERISTY and § | |
| MICHAEL K. YOUNG § | |
|    *Defendants* § | |

### DEFENDANT'S ADVISORY TO THE COURT REGARDING PLAINTIFF'S NON-RESPONSE TO DEFENDANT'S OPPOSED MOTION TO STAY DISCOVERY

COMES NOW Defendants the Texas A&M University (TAMU) and Michael K. Young, President of Texas A&M University (President Young), (collectively the Defendants) and files this Advisory to the Court regarding Plaintiff's Non-Response to Defendant's Opposed Motion to Stay Discovery.

On January 28, 2016, Defendants filed an Opposed Motion to Stay Discovery. Docket No. 15. To date, Plaintiff has failed to respond to the motion and also has not requested additional time to respond. Pursuant to the District Court's Local Rules, Plaintiff had until February 18, 2016 to respond. Local Rules 7.3 and 7.4. Because no timely response has been filed, Plaintiff has represented to the court that he does not oppose the Motion to Stay Discovery. Accordingly, the motion should be granted.

1

Respectfully submitted,

KEN PAXTON
Attorney General of Texas
CHARLES E. ROY
First Assistant Attorney General
JAMES E. DAVIS
Deputy Attorney General for Civil Litigation
ANGELA V. COLMENERO
Chief, General Litigation Division

/s/ Jason T. Contreras
Jason T. Contreras
Texas Bar No. 24032093
Southern Dist. of TX ID No. 706042
Assistant Attorney General
Texas Attorney General's Office
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
PHONE: 512-463-2120
FAX: 512-320-0667
***Attorneys for Defendant***

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served upon the following through the Court's EM/ECF system on February 19, 2016 to:

Donald G. Henslee
Attorney at Law
Law Offices of Donald G. Henslee
700 Lavaca Street, Suite 1400
Austin, Texas 78701
Tel: 512-320-9177
Fax: 512-597-1455
dhenslee@school-law.co

/s/ Jason T. Contreras
Jason T. Contreras
Assistant Attorney General